PEOPLE ex rel. BERMINGHAM, Respondent, v. DEXTER SULPHITE PULP & PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Proceeding by the People of the State of New York, on the relation of E. F. Bermingham, against the Dexter Sulphite Pulp & Paper Company. No opinion. Order modified, and, as modified, affirmed, without costs. See, also, 163 App. Div. 935, 147 N. Y. Supp. 1133.

---

PEOPLE ex rel. BURKE v. HOFFMAN et al., Police Com'rs. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Proceeding by the People of the State of New York, on the relation of John Burke, against Harry N. Hoffman and others, as Police Commissioners of the City of Elmira, N. Y. No opinion. Motion denied. See, also, 152 N. Y. Supp. 1135.

---

PEOPLE ex rel. CITY OF NEW YORK v. SEAMAN et al. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Proceeding by the People of the State of New York, on the relation of the City of New York, against Alfred P. W. Seaman and others. No opinion. Motion denied, with $10 costs. Settle order on notice.

---

PEOPLE ex rel. GELLER v. WALDO, Police Com'r. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Proceeding by the People of the State of New York, on the relation of Samuel Geller, against Rhinelander Waldo, as Police Commissioner, etc. No opinion. Motion to dismiss writ (in 151 N. Y. Supp. 1138) granted, with $10 costs. Order filed.

---

PEOPLE ex rel. LOCKWOOD v. PRATT et al. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Proceeding by the People of the State of New York, on the relation of Sylvanus R. Lockwood, against Charles B. Pratt, as Conservation Commissioner of the State of New York, and Abner D. Whitney, Webster E. Griffith, and Edward P. Martin, as members of the Board of Water Commissioners of Madrid. No opinion. Motion to dismiss writ of certiorari, on the ground it was obtained by misstatement of facts, denied. Determination of Conservation Commission unanimously confirmed upon the merits, without costs.

---

PEOPLE ex rel. LOUONA STEAM FIRE ENGINE CO. NO. 8 v. FIRE DEPARTMENT OF TOWN OF NEWTOWN. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Proceeding by the People of the State of New York, on the relation of the Louona Steam Fire Engine Company No. 8, against the Fire Department of the Town of Newtown. No opinion. Determination confirmed, and writ dismissed, with $50 costs and disbursements.

---

PEOPLE ex rel. MOHAWK VALLEY POSTER ADVERTISING CO. v. ROBERTS. (Supreme Court, Appellate Division, Fourth Department. May 19, 1915.) Proceeding by the People of the State of New York, on the relation of the Mohawk Valley Poster Advertising Company, against Cornelius Roberts, as Superintendent of Buildings of Utica, N. Y. No opinion. Determination of respondent confirmed, and writ of certiorari dismissed, with $50 costs and disbursements.

---

PEOPLE ex rel. MOSES v. WOODS, Police Com'r. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Proceeding by the People of the State of New York, on the relation of Lipman Moses, against Arthur Woods, Police Commissioner of the City of New York.

PER CURIAM. We think that, if the relator did use the language set forth in the first specification of charges, it was used with no evil intent, and was so insubstantial in itself as not to constitute a violation of the rules. As to the third specification, the circumstances shown in the record disclose no intentional false statements by the relator. The determination of the police commissioner is annulled, writ sustained, and the relator reinstated, with $50 costs and disbursements.

---

PEOPLE ex rel. PERRINE, Appellant, v. CONNOLLY, Borough President, et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Proceeding by the People of the State of New York, on the relation of John Franklin Perrine, against Maurice E. Connolly, as President of the Borough of Queens, and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

PEOPLE ex rel. ROCKWELL et al. v. HOFFMAN, Mayor, et al. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Proceeding by the People of the State of New York, on the relation of Hosea H. Rockwell and another, against Harry N. Hoffman, Mayor, and the Board of Public Works and the Common Council of the City of Elmira. No opinion. Determination unanimously confirmed, with $50 costs and disbursements.

---

PEOPLE ex rel. UNGER v. WOODS, Police Com'r. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Proceeding by the People of the State of New York, on the relation of Theodore R. Unger, against Arthur Woods, as Police Commissioner, etc. No opinion. Determination confirmed, and writ dismissed, with $50 costs and disbursements.